UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JOSHUA ELISHA-DUWANE WHITE,<br><br>Defendant. | Case: 5:21-cr-20573<br>Judge: Levy, Judith E.<br>MJ: Patti, Anthony P.<br>Filed: 09-09-2021 At 03:40 PM<br>INDI USA VS WHITE (DP)<br><br>VIOL: 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)(viii)<br>21 U.S.C. § 841(b)(1)(C) |

_____/

## **INDICTMENT**

THE GRAND JURY CHARGES:

### COUNT ONE
21 U.S.C. §§ 841(a)(1); (b)(1)(B)(viii)
*Possession with Intent to Distribute Methamphetamine*

On or about March 9, 2021, in the Eastern District of Michigan, the defendant, JOSHUA ELISHA-DUWANE WHITE, did knowingly and unlawfully possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## COUNT TWO
21 U.S.C. §§ 841(a)(1); (b)(1)(C)
*Possession with Intent to Distribute Cocaine*

On or about March 9, 2021, in the Eastern District of Michigan, the defendant, JOSHUA ELISHA-DUWANE WHITE, did knowingly and unlawfully possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION
21 U.S.C. § 853; 28 U.S.C. § 2461(c)
*Criminal Forfeiture*

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction of any of the offenses alleged in this Indictment, defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner

or part, to commit, or to facilitate the commission of the named violations.

If any of the property described in the paragraphs above as being forfeitable under Title 21, United States Code, Section 853, as a result of any act or omission of the defendant-

a. cannot be located upon the exercise of due diligence;
b. has been transferred to, sold to, or deposited with a third party;
c. has been placed beyond the jurisdiction of this Court;
d. has been substantially diminished in value; or
e. has been commingled with other property that cannot be divided without difficulty;

the United States of America, pursuant to Title 21, United States Code, Section 853(p) and Title 21, United States Code, Section 2461(c), shall

be entitled to forfeiture of substitute property of defendant up to the value of the above-described forfeitable property.

**THIS IS A TRUE BILL.**

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

SAIMA S. MOHSIN
Acting United States Attorney

s/ Benjamin C. Coats
BENJAMIN C. COATS
Chief, Major Crimes Unit

*s/ Rosemary Wummel Gardey*
ROSEMARY WUMMEL GARDEY
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan  48226-3220
phone:  313-226-0285
email:  rosemary.gardey@usdoj.gov

Dated:  September 9, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: *RWG* |

**Case Title:** USA v. Joshua Elisha-Duwane White

**County where offense occurred:** Washtenaw

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

September 9, 2021
Date

*Rosemary Hummel Gardey*
Rosemary Wummel Gardey
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-0285
Fax: 313-226-2372
E-Mail address: rosemary.gardey@usdoj.gov
Attorney Bar #: P49019

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.